B3B (Official Form 3B) (12/07) -- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re: TAVIO HARDIN     Case No. 12 B 25148
       Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

   This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

   The debtor shall pay the chapter 7 filing fee according to the following terms:

   $ 76.50   on or before July 20, 2012

   $ 76.50   on or before August 21, 2012

   $ 76.50   on or before September 20, 2012

   $ 76.50   on or before October 19, 2012

   Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

   IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

   A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ ; at _____.
                                                          (address of courthouse)

   IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: June 27, 2012

BY THE COURT:
_Donald R. Cassling_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| TAVIO HARDIN, | ) | |
| | ) | Bankruptcy Case No.: 12 B 25148 |
| | ) | Honorable Donald R. Cassling |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

I, Shenitha Burton, Courtroom Deputy to the Honorable Donald R. Cassling, certify that on June 28, 2012, I caused copies of the attached **ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE** dated June 27, 2012 to be served on the parties listed below via First Class Mail (**) and/or electronically via the Court's electronic notification system to:

*(Pro Se Debtor(s))*

**Tavio Hardin** (**)
1S100 Chase Avenue
Lombard, Illinois 60148

*(United States Trustee)*
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

*(Chapter 7 Trustee)*

David R Brown
dbrown@springerbrown.com,
dbrown@ecf.epiqsystems.com;

jill@springerbrown.com


_____
Shenitha Burton
Courtroom Deputy